# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | **(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 06-mj-01022 |
| | Edward Harris |
| JOSE RICARDO SANCHEZ-MARTINEZ | (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 USC § 1325,1329 | Concealment of facts about re-entry | 3/2/06 | 1 |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $35.00 | None |

3/2/06
Date of Imposition of Judgment

s/ Patricia A. Coan
Signature of Judicial Officer

Patricia A. Coan, U.S. Magistrate Judge
Name & Title of Judicial Officer

4/13/06
Date